NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARD E. BENEDICT,**
*Appellant,*

v.

**SUPER BAKERY, INCORPORATED,**
*Appellee.*

---

2011-1131
(Cancellation No. 92047859)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

The court treats Ward E. Benedict's informal brief as a motion for leave to file the brief out of time. Super Bakery, Incorporated opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Super Bakery should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 0 7 2011
————————————
Date

/s/ Jan Horbaly
————————————
Jan Horbaly
Clerk

cc: Ward E. Benedict
    David G. Oberdick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK